1  AARON D. FORD
     Attorney General
2  CECELIA J. BLUE, Bar No. 17031C
     Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1114
5  E-mail: cblue@ag.nv.gov

6  *Attorneys for Interested Party,*
   *Nevada Department of Corrections*
7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10 CODY BRAESE,                              Case No. 3:25-cv-00346-MMD-CSD
                                                  ORDER GRANTING
11                      Plaintiff,        **MOTION TO CONTINUE 90-DAY
                                             STAY AND VACATE EARLY
12 v.                                     MEDIATION CONFERENCE DATE**

13 HILL, *et al.*,

14                      Defendants.

15         Interested Party, the Nevada Department of Corrections ("NDOC"), by and through

16 Counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Cecelia J. Blue,

17 Deputy Attorney General, Office of the Attorney General, hereby move to continue the 90-

18 day stay in this matter to March 19, 2026, and vacate the Early Mediation Conference

19 ("EMC") date.

20         This Court entered its Screening Order (ECF No. 5) on July 18, 2025. The Order

21 stayed the instant matter for 90 days and referred the matter to the Court's Inmate Early

22 Mediation Program. On October 15, 2025, this Court entered a Minute Order (ECF No.

23 14) extending the 90-day stay to December 19, 2025. This Court also entered an order

24 setting mediation for December 16, 2025, at 1:00 p.m., by video conference with Mediator

25 Cindi Smith. (ECF No. 13)

26 ///

27 ///

28 ///

Page **1**

1   The parties agreed to settle the case and entered into an Agreement. The parties

2   request time to: (a) perform under the terms of the Agreement and (b) file the Stipulation

3   and Order to Dismiss with Prejudice.

4   Accordingly, Interested Party respectfully requests this Court: (a) continue the 90-

5   day stay to March 19, 2026; and (b) vacate the EMC date of December 16, 2025, at 1:00

6   p.m.

7   DATED this 15th day of December 2025.

8                                                      AARON D. FORD
                                                       Attorney General
9

10                                         By:    /s/ Cecelia J. Blue
                                                  CECELIA J. BLUE, Bar No. 17031C
11                                                Deputy Attorney General

12                                                *Attorneys for Interested Party*

13

14

15   The early mediation conference set for December 16, 2025, at 1:00 p.m. is hereby
     VACATED, and the 90-day stay is continued to March 19, 2026.

16

17   IT IS SO ORDERED.

18   Dated: December 15, 2025

19

20   _____

21   Craig S. Denney
     United States Magistrate Judge

22

23

24

25

26

27

28

Page **2**