# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CODY BRAESE,

    Plaintiff

v.

HILL, et al.,

    Defendants

Case No.: 3:25-cv-00346-MMD-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

A filing was returned as undeliverable, with a notation that Plaintiff is housed at Northern Nevada Correctional Center (NNCC).

Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1. The Clerk shall **SEND** a copy of this Order to Plaintiff at NNCC.

**IT IS SO ORDERED**.

Dated: March 10, 2026

_____
Craig S. Denney
United States Magistrate Judge