UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CODY BRAESE,

    Plaintiff

v.

HILL, et al.,

    Defendants

Case No.: 3:25-cv-00346-MMD-CSD

**ORDER**

On December 15, 2025, the court granted a motion to continue the stay of the case and vacate the early mediation conference because the parties privately agreed to settle the case. The parties requested time to perform the terms of the agreement and file the stipulation and order to dismiss the case with prejudice. (ECF No. 16.)

To date, the parties have not filed a stipulation and proposed order for dismissal of this case as a result of the settlement. On or before **April 24, 2026**, Defendants shall either file a stipulation and order for dismissal of this case or a status report indicating why those documents have not yet been filed, and explaining why further time is needed to submit those documents.

**IT IS SO ORDERED**.

Dated: April 7, 2026

_____
Craig S. Denney
United States Magistrate Judge