AARON D. FORD
Attorney General
JOHN REGALIA (Bar No. 16969)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Defendants Dana Marks,
Victor McCurdy, and Jethro Parks*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CODY BRAESE,<br><br>            Plaintiff,<br><br>v.<br><br>Hill, et al.,<br><br>            Defendants. | Case No. 3:25-cv-00346-MMD-CSD<br><br>ORDER GRANTING<br>**STIPULATION TO DISMISS<br>WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and John Regalia, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Cody Braese (#88249), that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 29th day of April, 2026.

DATED this 29th day of April, 2026.

AARON D. FORD
Attorney General

_____
Cody Braese, #88249
*Plaintiff*

/s/  John Regalia
_____
JOHN REGALIA (Bar No. 16969)
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, and the Clerk is directed to close the case.

DATED _____May 4, 2026._____, _____

_____
UNITED STATES DISTRICT JUDGE